Clara Trachtenberg, Appellant, v. Harold B. Fuersten-
berg et al., Appellees.

Gen. No. 43,392.

Heard in the
third division, first district, this court at the June term, 1945; opinion
filed November 7, 1945; rehearing denied November 26, 1945; released
for publication November 27, 1945. Bernard J. Brown, for appellant;
Lee D. Mathias, for appellees. Opinion by PRESIDING JUSTICE KILEY.
Not to be published in full.